01
02
03
04         UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
05                   AT SEATTLE

06 | UNITED STATES OF AMERICA,              )
                                            )  CASE NO.: CR07-310-RSL
07 |         Plaintiff,                     )
                                            )
08 |     v.                                 )  SUMMARY REPORT OF U.S.
                                            )  MAGISTRATE JUDGE AS TO
09 | LAWRENCE LEWIS GAINES III,             )  ALLEGED VIOLATIONS
                                            )  OF SUPERVISED RELEASE
10 |         Defendant.                     )
   |_____)
11

12      An initial hearing on supervised release revocation in this case was scheduled before me

13 on May 17, 2010.  The United States was represented by AUSA Todd Greenberg for Lisca

14 Borichewski and the defendant by Howard Phillips.  The proceedings were digitally recorded.

15      Defendant had been sentenced on or about May 16, 2008 by the Honorable Robert S.

16 Lasnik on a charge of Conspiracy to Distribute Cocaine and sentenced to five months custody,

17 three years Supervised Release. (Dkt. 66.)

18      The conditions of supervised release included requirements that defendant comply with

19 all local, state, and federal laws and with the standard conditions of supervision.  Other special

20 conditions included participation in substance abuse testing and treatment, abstention from

21 alcohol, no firearms, provide access to financial information, submit to search, maintain a single

22 checking account for all financial transactions, disclose assets and liabilities, and complete 150

days of home confinement. (Dkt. 66 at 4.)

On May 21, 2009, defendant was sentenced to six months in custody for violating the conditions of supervised release by failing to submit a truthful and complete written report to his probation officer and failing to comply with the home confinement program. (Dkt. 95.) Defendant was sentenced to 90 days on December 1, 2009 for failing to satisfactorily participate in a Residential Reentry Center program. (Dkt. 104.)

In an application dated May 14, 2010, U.S. Probation Officer Andrea G. Porter alleged the following violation of the conditions of supervised release:

1. Failing to satisfactorily participate in a Residential Reentry Center (RRC) program, in violation of the special condition requiring him to satisfactorily participate in the RRC program for 120 days.

Defendant was advised in full as to the charge and as to his constitutional rights. He admitted the violation and waived any evidentiary hearing as to whether it occurred. I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been released on electronic monitoring and the conditions of supervision.

DATED this 17th day of May, 2010.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:      Honorable Robert S. Lasnik
    AUSA:                Lisca Borichewski
    Defendant's attorney: Howard Phillips
    Probation officer:   Andrea Porter

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -3